```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A02-0032--CV (RRB)
           "TANADGUSIX CORP ET AL V DIEDRE HUBER ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 02/15/02
           Closed: 12/05/02

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                   15 USC 636(J) & 40 USC 484(I)
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 02/15/02 receipt # 00116893
         Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1            TANADGUSIX CORP          George T. Freeman
                                            1152 P Street
                                            Anchorage, AK 99501
                                            907-274-8497
                                            FAX 907-274-8497

                                            Thomas P. Schlosser
                                            Morisset Schlosser et al
                                            1115 Norton Building
                                            801 2nd Avenue
                                            Seattle, WA 98104-1509
                                            206-386-5200
                                            FAX 206-386-7322

PLF 2.1            BERING SEA ECCOTECH INC  George T. Freeman
                                            (see above)

                                            Thomas P. Schlosser
                                            (see above)

DEF 1.1            HUBER, DIEDRE            Retta-Rae Randall
                                            U.S. Attorney's Office
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513
                                            907-271-5071

DEF 2.1            PERRY, STEPHEN A.        Retta-Rae Randall
                                            (see above)

DEF 3.1            BARRETO, HECTOR V.       Retta-Rae Randall
                                            (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A02-0032--CV (RRB)
         "TANADGUSIX CORP ET AL V DIEDRE HUBER ET AL"

     Including terminated parties, excluding terminated counsel
```

Parties of Record:                         Counsel of Record:

DEF 4.1        [T]  DEVORE, JON M.         No counsel found for this party!

DEF 5.1             UNITED STATES OF AMERICA   Retta-Rae Randall
                                               (see above)

DEF 6.1             JOBKAR, JAMES              Marjorie L. Vandor
                                               Attorney General's Office
                                               POB 110300
                                               Juneau, AK 99811-0300
                                               907-465-3600

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A02-0032--CV (RRB)
                       "TANADGUSIX CORP ET AL V DIEDRE HUBER ET AL"

                                      For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 02/15/02
            Closed: 12/05/02

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                    15 USC 636(J) & 40 USC 484(I)
            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 02/15/02 receipt # 00116893
          Trial by:


Document #   Filed       Docket text

    1 -   1  02/15/02    Complaint filed.

    2 -   1  02/15/02    PLF 1-2 motion for permission for T. Schlosser to appear on behalf of
                         plaintiffs.

 NOTE -   1  02/19/02    Issued: summons re: DEF 1-6.

    3 -   1  02/22/02    PLF 1-2 Notice of related case.

    4 -   1  02/25/02    JWS Order granting nonres atty Thomas P. Schlosser (2-1). cc: csnl

    5 -   1  03/12/02    DEF 6 Attorney Appearance of M. Vandor.

    6 -   1  03/29/02    PLF 1-2 motion for withdrawal and substitution fo local counsel for
                         plaintiff.

    7 -   1  03/29/02    PLF 1-2 Notice regarding local counsel for plaintiffs.

    8 -   1  04/02/02    PLF 1-2 Complaint (First Amended) for declaratory judgment and
                         injunctive relief.

    6 -   2  04/03/02    JWS Order granting mot for withdrawal of T. Turner and substitution of
                         local cnsl G. Freeman for plf (6-1) on the condition G. Freeman shall
                         submit necessary paperwork w/i 10 days. cc: cnsl

    9 -   1  04/19/02    DEF 6 Answer to Complaint.

   10 -   1  04/23/02    DEF 6 Notice of filing amended answer.

   11 -   1  04/23/02    DEF 6 Answer (Amended).

   12 -   1  05/03/02    DEF 1-5 unopposed motion for extention of time until 05/10/02 to file
                         response to the amended complaint.

   13 -   1  05/09/02    JWS Order granting motion for ext of time until 05/10/02 to file
                         response to the amended cmplt (12-1). cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A02-0032--CV (RRB)
                         "TANADGUSIX CORP ET AL V DIEDRE HUBER ET AL"

                                        For all filing dates


 Document #     Filed       Docket text

    14 -   1   05/10/02    DEF 1-3; 5 motion to dismiss or in the alternative for summary judgment
                           w/att statement of points & authorities

    15 -   1   05/21/02    PLF 1-2 Unopposed motion for extension of time until 6/28/02 to file
                           response to Federal Defs' motion to dismiss or, in the alternative for
                           summary judgment.

    15 -   2   05/23/02    JWS Order granting unoppo mot for ext of time until 6/28/02 to file
                           response.   cc: cnsl

    16 -   1   05/23/02    PLF 1-2 Report of parties'planning meeting.

    17 -   1   06/25/02    DEF 6 joinder to DEF 1-3; 5 motion to dismiss or in the alternative for
                           summary judgment (14-1) w/att exhs.

    18 -   1   07/01/02    PLF 1-2 opposition to DEF 1-3; 5 motion to dismiss or in the alternative
                           for summary judgment (14-1) w/att exhs.

    18 -   2   07/01/02    PLF 1-2 motion (cross) for partial summary judgment w/att exhs.

    19 -   1   07/05/02    DEF 1-3; 5 Unopposed motion for extension of time until 7/31/02 to file
                           combined reply/opposition to motion to dismiss and cross-motion for
                           summary judgment.

    20 -   1   07/09/02    JWS Order granting unoppo mot for extension of time until 7/31/02 to
                           file combined reply/oppo (19-1). cc: cnsl

    21 -   1   07/09/02    PLF 1-2 opposition to DEF 6 joinder to DEF 1-3; 5 motion to dismiss or
                           in the alternative for summary judgment (14-1).

    22 -   1   07/11/02    DEF 6 motion for extension of time until 7/31/02 to file reply to plf's
                           opposition/cross-motion w/att aff.

    23 -   1   07/12/02    JWS Order granting motion for extension of time until 7/31/02 to file
                           reply (22-1).   cc: cnsl

    24 -   1   07/29/02    DEF 1-3; 5 motion for leave to file a combined brief that exceeds the
                           page limits.

    25 -   1   07/30/02    DEF 6 motion for leave to amend answer w/att faxed aff.

    26 -   1   07/30/02    DEF 6 unopposed motion for extension of time to file reply to
                           plaintiff's opposition to defendants' motion for summary judgment and
                           opposition to plaintiff's cross-motion for summary judgment w/att aff.

    26 -   2   07/31/02    Order granting unoppo mot for ext of time until 8/23/02 to file reply to
                           plf's oppo to defs' mot for sj and oppo to plf's cross-mot for sj
                           (26-1). cc: cnsl

    27 -   1   07/31/02    JWS Order granting motion for leave to file a combined brief that
                           exceeds the page limits (24-1). cc: cnsl

    28 -   1   07/31/02    DEF 1-3; 5 reply to opposition to DEF 1-3; 5 motion to dismiss or in the
                           alternative for summary judgment (14-1) w/att exhs.

    28 -   2   07/31/02    DEF 1-3; 5 opposition to PLF 1-2 mot (cross) for part sj (18-2) w/att
                           exhs.

ACRS: R_VDSDX                   As of 02/06/06 at 2:28 PM by GARRY                          Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A02-0032--CV (RRB)
                          "TANADGUSIX CORP ET AL V DIEDRE HUBER ET AL"

                                        For all filing dates

 Document #   Filed      Docket text
 ──────────   ─────      ───────────

   29 -  1   08/05/02   PLF 1-2 Unopposed motion for extension to 8/30/02 to reply to Federal
                        defendants'and State of Alaska's Opposition to plaintiffs' cross-motion
                        for summary judgment.

   29 -  2   08/06/02   Order granting Unopposed motion for extension to 8/30/02 to reply to
                        Federal defendan (29-1). cc: cnsl

   30 -  1   08/09/02   PLF 1-2 Notice of change of lead cnsl to T. Schlosser.

   31 -  1   08/14/02   PLF 1-2 Addendum to notice of change of lead counsel.

   32 -  1   08/14/02   PLF 1-2 opposition to DEF 6 motion for leave to amend answer (25-1).

   33 -  1   08/16/02   JWS Minute Order that clk to serve Morisset firm as lead cnsl for plfs
                        rather than D. Freeman. cc: cnsl, T. Schlosser

   34 -  1   08/26/02   DEF 6 Original Aff of K. Browning re: DEF 6 mot for leave to amend ans
                        (25-1).

   35 -  1   08/26/02   DEF 6 reply to opposition to DEF 1-3; 5 motion to dismiss or in the
                        alternative for summary judgment (14-1).

   35 -  2   08/26/02   DEF 6 opposition to PLF 1-2 motion (cross) for partial summary judgment
                        (18-2).

   36 -  1   08/29/02   PLF 1-2 Unopposed motion for extension of time until 9/10/02 to file
                        reply to defs' oppo to plfs' x-mot for summary judgment and for leave to
                        file a combined brief of up to 30 pages.

   37 -  1   08/30/02   DEF 6 Ntc of filing amended answer re: DEF 6 motion for leave to amend
                        answer (25-1) w/att amended answer.

   38 -  1   09/03/02   JWS Minute Order recusing himself; case is reassigned to Judge
                        Beistline; use case number A02-0032 CV (RRB) on all future filings. cc:
                        cnsl, Judge Beistline

   36 -  2   09/04/02   RRB Order granting motion Unopposed motion for extension of time until
                        9/10/02 to file reply to oppo to plfs' x-mot for summary judgment & for
                        leave to file a combined brief up to 30 pages (36-1).  cc: cnsl

   39 -  1   09/10/02   PLF 1-2 reply to opposition to PLF 1-2 motion (cross) for partial
                        summary judgment (18-2) w/att declaration & exhs. (located in expando
                        behind file)

   40 -  1   09/10/02   PLF 1-2 motion (amended) cross-motion for partial summary judgment.

   41 -  1   09/12/02   DEF 1-3; 5-6 Request for Oral Argument re: DEF 1-3; 5 motion to dismiss
                        or in the alternative for summary judgment w/att statement of points &
                        authorities (14-1), PLF 1-2 motion (cross) for partial summary judgment
                        w/att exhs. (18-2), PLF 1-2 motion (amended) cross-motion for partial
                        summary judgment. (40-1).

   42 -  1   09/12/02   PLF 1-2 Request for Oral Argument re: PLF 1-2 motion (cross) for partial
                        summary judgment (18-2).

   43 -  1   09/13/02   DEF 5 (Joint) to alter discovery schedule.  The parties' shall exchange
                        initial disclosures re: LR 26.2 (FRCP 26(a)(1), or objections to such
                        disclosures, shall be completed w/in 30 days of this Court's rendering a

 ACRS: R_VDSDX                    As of 02/06/06 at 2:28 PM by GARRY                     Page 3
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A02-0032--CV (RRB)
                      "TANADGUSIX CORP ET AL V DIEDRE HUBER ET AL"

                                   For all filing dates

 Document #    Filed     Docket text
 ----------    -----     -----------
                         decision on the parties' currently-filed dispositive motions.

    44 -  1   09/16/02   RRB Order granting motion (Joint) to alter discovery schedule.  The
                         parties' shall exchange initial disclosures by LR 26.2 or FRCP 26(a)(1),
                         or objections to disclosures, shall be completed w/in 30 days of this
                         courts decision on the currently filed dispositive motions.  cc: cnsl

    45 -  1   09/25/02   RRB Minute Order re O/A on all pending motions set for 11/6/02 at 1:30
                         p.m. cc: cnsl

    46 -  1   10/29/02   {SEALED}

    47 -  1   11/07/02   RRB Court Minutes [ECR: Elisa Singleton] oral argument on all pending
                         motions held 11/6/20.  Matter taken under advisement, written ruling to
                         issue.  cc: cnsl

    48 -  1   12/05/02   RRB Order denying motion (cross) for partial summary judgment (18-2),
                         motion (amended) cross-motion for partial summary judgment (40-1);
                         granting motion to dismiss or in the alternative for summary judgment
                         (14-1); terminating in light of this order: motion for leave to amend
                         answer (25-1).  All remaining  claims not mentioned herein are dismissed
                         as moot.  cc: cnsl

    49 -  1   12/05/02   RRB Judgment that defs' summary judgment motions are granted.  Plfs'
                         take nothing and the action is dismissed on the merits.  cc: cnsl, O&J
                         11460

    50 -  1   12/18/02   PLF 1-2 appeal to 9CCA of (48-1) filed 12/05/02. cc:cnsl, Judge
                         Beistline, 9CCA

  NOTE -  2   12/19/02   Transmittal: Forwarded notice of appeal (50-1) to 9CCA along with CADD
                         Statement & Representation Statement.

    51 -  1   01/02/03   Cy 9CCA Time Schedule Order. (50-1) cc:cnsl, ECR, Judge Beistline

    52 -  1   01/14/03   PLF 1-2 Notice of Ordering of Transcript re: appeal.

    53 -  1   01/14/03   PLF 1-2 Transcript Designation Form re: notice of appeal (50-1). cc:ecr
                         w/original order form

    54 -  1   01/30/03   DEF 1-5 Address Change Notice of S. Ullman (US Dept of Justice).

    55 -  1   01/31/03   Transcript of Oral Argument On All Pending Motions re: notice of appeal
                         (50-1)

    56 -  1   02/03/03   Cy 9CCA Certificate of Record. (50-1) cc: cnsl, 9CCA (Original)

    57 -  1   02/06/03   PLF 1-2 motion for approval of monetary pledge in lieu of a supersedeas
                         bond for a stay pending appeal as a matter of right w/att memo &
                         declaration.

    57 -  2   02/06/03   PLF 1-2 motion stay pending appeal.

    58 -  1   02/07/03   DEF 1-3; 5 motion for opportunity to respond to plf's Rule 62 motion for
                         stay.

    59 -  1   02/10/03   RRB Order granting motion for opportunity to respond to plf's Rule 62
                         motion for stay (58-1).  Def shall take no action with regard to the
                         vessel unti the Ruole 62 motion is resolved.  cc: cnsl

 ACRS: R_VDSDX             As of 02/06/06 at 2:28 PM by GARRY                       Page 4
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A02-0032--CV (RRB)
                         "TANADGUSIX CORP ET AL V DIEDRE HUBER ET AL"

                                    For all filing dates

Document #   Filed       Docket text


  60 -   1   02/14/03    DEF 1-3; 5 opposition to PLF 1-2 motion for approval of monetary pledge
                         in lieu of a supersedeas bond for a stay pending appeal as a matter of
                         right  (57-1), PLF 1-2 motion stay pending appeal (57-2).

  61 -   1   02/21/03    PLF 1-2 reply to opposition to PLF 1-2 motion stay pending appeal (57-2)
                         w/att declaration.

  62 -   1   03/04/03    RRB Order denying motion for approval of monetary pledge in lieu of a
                         supersedeas bond for a stay pending appeal (57-1); granting in part
                         motion stay pending appeal as stated (57-2).  cc: cnsl

  63 -   1   04/18/03    Copy of Order from 9CCA. (50-1) Clerk is in receipt of appellants'
                         motion for 3 month ext of time to file opening brief. W/in 14 days from
                         date of this order appellants shall 1) move for voluntary dismissal w/o
                         prejudice to reinstatement in the event their legslative efforts are
                         unsuccessful or 2) show cause why they would be prejudiced by such a
                         dismissal.  If appellants fail to respond to this order in a timely
                         fashion, the motion for ext of time will be deemed denied and the
                         following schedule will govern: the opening brief shall be due 30 dfays
                         from date of this order the answering brief shall be due 30 days from
                         svc of the opening brief and the optional reply brief shall be due 14
                         days from svc of the last-served answering brief.  cc:cnsl, Judge
                         Beistline

  64 -   1   04/22/03    PLF 1-2 Response to Order at dkt #62 :Declaration of Ron Philemonoff re:
                         excompetent escow account w/att exh.

  65 -   1   06/19/03    Copy of Order from 9CCA; appellants' mot for vol dismissal of appeal w/o
                         prej to reinstatement denied.  Appellants' mot in alternative for new
                         briefing schedule granted.  Appellants' opening brief due 7/21/03,
                         appellees' answering brief due 8/20/03, optional reply brief due w/in 14
                         days after svc of answering brief. (50-1) cc:cnsl, Judge Beistline

  66 -   1   08/21/03    Copy of Order from 9CCA that appellee's unopposed mot for an extension
                         of time to file the answering brief is granted.  The answering brief is
                         due 9/19/03.  The optional reply brief is due 14 days after svc of the
                         answering brief. (50-1) cc:cnsl, Judge Beistline

  67 -   1   08/26/03    Copy of Order from 9CCA; appellee Jobkar's unopposed mot for ext of time
                         to file answering brief is GRANTED.  Answering brief is due 9/19/03.
                         Optional reply brief is due 14 days after svc of answering brief.
                         Appellee is reminded that a mot for ext of time to file a brief should
                         be filed at least seven days before the expiration of the time
                         prescribed for filing the brief. (50-1) cc:cnsl

  68 -   1   10/16/03    Copy of Order from 9CCA; federal appellees' mot for ext of time to file
                         answering brief GRANTED.  Answering brief rec'd 9/23/03 ordered filed.
                         Optional reply brief due 14 days after date of order. (50-1) cc:cnsl

  69 -   1   10/24/03    DEF 1-3; 5 motion for declaratory judgment on fair rental value w/att
                         declaration & exhs.

  70 -   1   11/10/03    PLF 1-2 opposition to DEF 1-3; 5 motion for declaratory judgment on fair
                         rental value (69-1) w/att exhs.

  71 -   1   11/20/03    DEF 1-3; 5 Unopposed motion for extension of time to file a reply brief
                         in support of their motion for declaratory judgment on fair rental
                         value.

ACRS: R_VDSDX                    As of 02/06/06 at 2:28 PM by GARRY                      Page 5
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0032--CV (RRB)
                   "TANADGUSIX CORP ET AL V DIEDRE HUBER ET AL"

                                   For all filing dates

Document #    Filed      Docket text

    71 -  2   11/21/03   Order granting unopposed motion for extension of time until 11/26/03 to
                         file a reply brief in support of their motion for declaratory judgment
                         on fair rental value (71-1).  cc: cnsl

    72 -  1   11/26/03   DEF 1-3; 5 reply to opposition to DEF 1-3; 5 motion for declaratory
                         judgment on fair rental value (69-1).

    73 -  1   12/12/03   RRB Order granting motion for declaratory judgment on fair rental value
                         (69-1).  The court modifies the 3/4/03 order and directs plfs to deposit
                         $10,000 per months into the previously established excrow account
                         retroactive to 12/1/03.  Def may seek a judgment for underpaid rent
                         between 12/5/02 and 12/1/03, in the event they prevail on appeal.  cc:
                         cnsl

    74 -  1   05/26/04   Copy of Order from 9CCA. (50-1)  Case released from Mediation Program.
                         All further inquiries regarding this appeal, should be directed to the
                         Clerk's Office (9CCA) cc:cnsl

  NOTE -  3   06/07/04   Transmittal: Forwarded D.C. record to 9CCA consisting of 5 unsealed
                         original case file vols, 1 sealed original case file vol, 1 expando
                         w/dkt #18, 1 expando w/dkt #39, & 1 expando w/dkt #69.

    75 -  1   08/16/04   Copy of Order from 9CCA. (50-1) Mot to reopen record for supplemental
                         briefing re transfer docs or, in alternative, to remand for fact finding
                         denied.  cc:cnsl

  NOTE -  4   07/25/05   Notation (re: Appeal): D.C. record received from 9CCA consisting of 5
                         unsealed original case file vols, 1 sealed original case file vol, 1
                         expando w/dkt #18, 1 expando w/dkt #39, & 1 expando w/dkt #69.

    76 -  1   08/15/05   9CCA Judgment/Final Order re: notice of appeal (50-1) that the district
                         court's decision is AFFIRMED w/att memo.

    77 -  1   12/08/05   DEF 1-3; 5 Stipulation for entry of proposed order re settlement.

    78 -  1   12/12/05   RRB Order granting stipulation for entry of proposed order re settlement
                         (77-1). The Fed Defs' claom for unpaid rent form 12/5/02 & 12/1/03 is
                         resolved.  The plf's are to pay by electric funds transfer to the US
                         Treasury the full amt of all funds that are in the escrow acct
                         established by plf.
```